THE STATE EX REL. RUTLEDGE, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE, ET AL.

[Cite as *State ex rel. Rutledge v. Indus. Comm.,*
97 Ohio St.3d 196, 2002-Ohio-5783.]

(No. 2002–0346—Submitted September 17, 2002—Decided November 6, 2002.)

{¶ 1}   The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

RESNICK and F.E. SWEENEY, JJ., dissent, would reverse the judgment of the court of appeals, and would order relief pursuant to *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

Butkovich, Schimpf, Schimpf & Ginocchio Co., L.P.A., and Robert E. Hof, for appellant.

Betty D. Montgomery, Attorney General, and Erica L. Bass, Assistant Attorney General, for appellee.